■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELLIS SYDNOR, Appellant.— Order entered on January 9, 1961, denying defendant's application for a writ of error *coram nobis,* unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE FELD, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

■ THOMAS CUCCIA, an Infant, by His Guardian ad Litem, JOSEPH CUCCIA, et al., Respondents, v. MORRIS BATES et al., Individually and as Copartners Doing Business under the Name of BATES PAINTING Co., Appellants.—Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

■ BERNARD GEIS, Appellant, v. TIME, INC., Respondent.— Order entered on December 23, 1960, granting defendant's motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property Within the Area Bounded by East 158th Street and Other Streets, in the Borough of The Bronx, Duly Selected as a Site for a Federally-Aided Housing Project Known as Andrew Jackson Houses. BROCK REALTY CORP. et al., Respondents; BEACON GARAGE, INC., et al., Respondents-Appellants.— Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

■ LOUIS I. NASH, Respondent, v. GAY APPAREL CORPORATION et al., Appellants, et al., Defendant.— Order entered on March 14, 1961, denying defendants' motion to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice, unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Order entered on April 12, 1961, denying defendants' motion for summary judgment, unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ. [27 Misc. 2d 903.]